In the Supreme Court of Georgia

Decided:  April 17, 2017

S17A0309.  HOWELL et al. v. WILLIAMS et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion.  All the Justices concur, except Justice Boggs, who is disqualified.